IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JAMIE GROSE                                                                                          PLAINTIFF

V.                                                                                          NO: 3:21CV124-M-RP

LIFE INSURANCE COMPANY OF THE
SOUTHWEST, ET AL.                                                                           DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on June 15, 2021. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This the 9th day of February 2022.

/s/ **MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**